```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
KALI KONANGATAA,

                        Plaintiff,

        -against-                                              16-cv-7382 (LAK)

AMERICAN BROADCASTING COMPANIES, INC., et ano.,

                        Defendants.
------------------------------------------x
KALI KONANGATAA,

                        Plaintiff,

        -against-                                              16-cv-7383 (LAK)

NBC UNIVERSAL MEDIA, LLC,

                        Defendant.
------------------------------------------x
KALI KONANGATAA,

                        Plaintiff,

        -against-                                              16-cv-7472 (LAK)

COED MEDIA GROUP, LLC,

                        Defendants.
------------------------------------------x
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Substantially for the reasons stated on the record in open court this day, the pending motions to dismiss the complaints and, in one instance, the amended complaint all are granted. The Clerk shall enter judgment and close the cases.

      SO ORDERED.

Dated:    February 15, 2017

/s/ Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge